# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| **Christopher R. Rutledge** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 5:24-cv-00020-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **State of North Carolina** | ) | |
| Respondent | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2024 Order.

January 24, 2024

Katherine Hord Simon, Clerk
United States District Court